FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 MAR -6 AM 10:07
JEFFREY P. COLWELL
CLERK
BY ______ DEP. CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

Sylas R Rattler, Plaintiff

v.

Zachariah Christenberry,

Ben Grindle,

Brian Martin,

Adam Randall, Defendant(s).

**Jury Trial requested:**
**(please check one)**
X **Yes** ___ **No**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Sylas Rattler 4710 E Mississippi Ave Apt 304 Denver CO 80246
(Name and complete mailing address)

720-471-6941 diamondloacc1@gmail.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Zachariah Christenberry 7800 Smith RD Denver CO 80207
(Name and complete mailing address)

(720)9410411 Zachariah.Christenbe@walmart.com
(Telephone number and e-mail address if known)

Defendant 2: Ben Grindle 7800 Smith RD Denver CO 80207
(Name and complete mailing address)

(720)9410411 / unknown
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

X Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___ Other: (*please specify*) ____________________________

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See attachment

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire    ____ different terms and conditions of employment

____ failure to promote    ____ failure to accommodate disability

____ termination of employment    X retaliation

X other: (*please specify*) Demotion, Racial and Sexual harrassment

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X race    ____ religion    ____ national origin    ____ age

____ color    ____ sex    ____ disability

Supporting facts:

I am an American Indian.

I was demoted on February, 4 2023.

I am Part of a Protected Class.

I engaged in protected Activity by Standing up for myself.

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

___ Yes (***You must attach a copy of the administrative charge to this complaint***)

X No

Have you received a notice of right to sue? (*check one*)

X Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* See Attachment

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

[signature]

(Plaintiff's signature)

3-5-24

(Date)

(Revised February 2022)

Gmail **Diamondbacc1 <diamondbacc1@gmail.com>**

# Notice of Right To Sue-E2300019563

**Carmona - DORA, Adriana** <adriana.carmona@state.co.us> Thu, Feb 8, 2024 at 9:59 AM
To: diamondbacc1@gmail.com

Sylas Rattler,

The attached Letter of Determination serves as your right to sue. Please see the bottom of page 2, which states:

"If the Complainant wishes to file a civil action in a district court in this state, which action is based on the alleged discriminatory or unfair practice that was the subject of the charge filed with the Division, such must be done:
a. Within ninety (90) days of the mailing of this notice if no appeal is filed with the Colorado Civil Rights Commission; or
b. Within ninety (90) days of the mailing of the final notice of the Commission dismissing the appeal.

If the Complainant does not file an action within the time limits specified above, such action will be barred and no State District Court shall have jurisdiction to hear such action. C.R.S. § 24-34-306(2)(b)(I)(C)."

Respectfully,

**Adriana Carmona**
Appeals & Hearing Coordinator
Colorado Civil Rights Division

COLORADO
Department of Regulatory Agencies
Colorado Civil Rights Division

P: 303.894.7805 | F: 303.869.0301
1560 Broadway, Suite 825, Denver, CO 80202
adriana.carmona@state.co.us | ccrd.colorado.gov

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, you are not authorized to disseminate, distribute, or copy this email. Please notify the sender immediately if you have received this email by mistake and delete this email and any attachments from your system.

---------- Forwarded message ---------
From: **Martinez - DORA, David** <david.l.martinez@state.co.us>
Date: Wed, Feb 7, 2024 at 10:44 AM
Subject: Fwd: Notice of Right To Sue-E2300019563
To: Adriana Carmona - DORA <adriana.carmona@state.co.us>

[Quoted text hidden]
--
**David L. Martinez**
Division Workflow Coordinator
Colorado Division of Civil Rights

COLORADO
Department of Regulatory Agencies
Colorado Civil Rights Division

P 303.894.7826 |
1560 Broadway Suite 880 Denver, CO 80202

## D. STATEMENT OF CLAIMS

My name is Sylas Rattler. I am filing an employment discrimination claim. I began employment at Walmart store #3533 November 19, 2019. I am currently still employed by store #3533. I am charging discrimination based on race resulting in retaliation, sexual harassment, demotion, loss of wages and irreparable damage. The Charges are as follows:

On December 31, 2023 I was sexually harassed by General Merchandise Coach Brian Martin and Store Lead Benjamin Grindle. This incident was the culmination of 2+ years of racial and sexual harrassment I experienced during my employment. In May of 2021 Automotive Service Technician James Bishop started rumors about me telling anyone who would listen that I 'wanted my land back' and that I have sexually transmitted diseases. He asked me to 'do a rain dance'. I never found out or understood why he was biased towards me. I suspect it was because I am an American Indian. He transferred to Wisconsin in May of 2022.

After James Bishop left Homelines Team Lead Adam Randall, Automotive Service Technician Ricky Mack and Automotive Service Technician David Luna began parroting rumors that James Bishop began. All three would describe me with racist and sexual language.

In August 2022 I witnessed David Luna and Homelines Team Lead Adam Randall describing me with sexual language. I confronted them and told them to stop. Adam and David did not. In January 2023 Ricky and David come over to where im working and begin their harassment routine. I cut them off and began confronting them. Instead of stopping their harassing behavior they involved management. General Merchandise Coach Brian Martin responded and was present at this meeting.

On February 3, 2023 Ricky, David and Adam start harassing me once again. Resulting in another confrontation and another meeting with management. Store Lead Benjamin Grindle and Digital Coach Penny Prather responded and were present during said meeting.

I was demoted and involuntarily removed from my position as Automotive Service Technician on February 4, 2023 as a result of these meetings. I filed a grievance internally on September 24, 2023 and on February 3, 2023. On March 29, 2023 People Operations Lead Zachariah Christenberry confirmed my demotion. Resulting in lost wages. I will be seeking $29,000,000.00 in compensatory and punitive damages.

Signed,

Sylas R Rattler

Sylas R Rattler

## F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief and requests that this Honorable Court grant the following:

A. Declare that the defendants actions constitute employment discrimination in violation of Title VII of the Civil Rights Act of 1964;

B. Award compensatory damages to be proven at trial to Plaintiff for emotional distress, loss of wages, and other damages resulting from Walmart's discriminatory actions;

C. Award punitive damages to Plaintiff in the amount of $28,000,000.00 to deter Walmart and others from engaging in similar unlawful conduct in the future;

D. Issue an injunction restraining Walmart from further engaging in discriminatory practices against Plaintiff and other employees;

E. Award Plaintiff reasonable attorney fees and costs incurred in prosecuting this action;

F. Grant any further relief as the Court deems just and proper.

B. DEFENDANTS INFORMATION

Brian Martin 7800 Smith RD Denver, CO 80207
(719) 761-3734 e-mail address unknown
Adam Randall 7800 Smith RD Denver, CO 80207
(720) 352-3800 e-mail address unknown